# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| In re: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>-------------------------------------------------------------<br><br>TRUMBULL COUNTY, OH, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants,<br><br>WALGREENS BOOTS ALLIANCE, INC., et al.,<br>CVS PHARMACY, INC., et al.,<br>WALMART, INC.<br><br>Defendants-Appellants. | Nos. 22-3750, 22-3751,<br>22-3753, 22 3841,<br>22-3843, 22-3844 |

## PARTIALLY UNOPPOSED MOTION OF THE UNITED STATES
## FOR A 21-DAY EXTENSION OF TIME
## IN WHICH TO FILE ANY AMICUS BRIEF

The United States respectfully requests a 21-day extension of time, to and including March 14, 2023, in which to file any amicus brief in this case, if authorized by the Solicitor General. The plaintiffs-appellees consent to this motion, and the defendants-appellants consent to a 7-day extension.

1. The United States is not a party to this litigation. Defendants-Appellants' opening brief raises a variety of issues. Although many concern state law, defendants'

brief also raises issues related to the proper interpretation of the Controlled Substances Act, 21 U.S.C. § 801 *et seq.*, and federal regulations issued pursuant to that Act. Plaintiffs-Appellees' brief was filed on February 14, 2023. Any amicus brief in support of appellees would be due by February 21. *See* Fed. R. App. 29(a)(6).

2. The United States respectfully requests that the deadline for any amicus brief on behalf of the United States be extended by 21 days, to March 14, 2023. As the Court is aware, any amicus filing in this case must be authorized by the Solicitor General, a process that involves consultation with potentially affected government components. *See* 28 C.F.R. § 0.20(c). The additional time is necessary to allow those consultations and deliberations to be completed and to ensure that the Solicitor General has an adequate opportunity to determine whether and to what extent to authorize any amicus filing. The additional time will also enable government counsel to prepare any brief the Solicitor General may authorize.

3. The plaintiffs-appellees consent to this motion. The defendants-appellants consent to a 7-day extension only.

## CONCLUSION

For the foregoing reasons, the United States respectfully asks the Court to extend the time in which to file any amicus brief on behalf on the United States by 21 days, to March 14, 2023.

                Respectfully submitted,

                MARK B. STERN
                *s/ Adam Jed*
                ADAM C. JED
                 (202) 514-8280
                 *Attorneys, Appellate Staff*
                 *Civil Division*
                 *U.S. Department of Justice*
                 *950 Pennsylvania Ave., NW, Rm. 7243*
                 *Washington, DC 20530*

FEBRUARY 2023

## CERTIFICATE OF COMPLIANCE

I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 291 words, according to the count of Microsoft Word.

                                              s/ *Adam Jed*
                                            ADAM C. JED

## CERTIFICATE OF SERVICE

I certify that on February 15, 2023, I filed and served the foregoing with the CM/ECF system.

s/ <i>Adam Jed</i><br>
ADAM C. JED